IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CONSTANCE L. EWING | § <br> § <br> §    CASE NO. 4:06cv192 <br> § <br> § <br> § <br> § |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 7, 2008, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be REMANDED.

The Court, having made a *de novo* review of the objections raised by Plaintiff and Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff and Defendant are without merit. Therefore, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the decision of the Administrative Law Judge is **REMANDED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 24th day of March, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE